

# NUMBER 13-14-00441-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RENE FRANCISCO AGUILERA,                                          Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

### On appeal from the 206th District Court
### of Hidalgo County, Texas.

# ORDER

### Before Justices Rodriguez, Benavides, and Perkes
### Order Per Curiam

This cause is before the Court on appellant's motion for rehearing. This Court previously issued a memorandum opinion dismissing Cause No. 13-14-00441-CR. The Court, having fully examined and considered appellant's motion for rehearing is of the opinion that, in the interest of justice, appellant's motion for rehearing should be granted.

Accordingly, we withdraw our previous opinion and judgment. Said cause remains pending before the Court.

It is so ORDERED.

PER CURIAM

Delivered and filed the
8th day of October, 2014.